IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re: Willow Pond Homes, Inc.  Bk. No.: 09-00659

Debtor

## TRANSMITTAL OF FUNDS

Thomas H. Fluharty, Chapter 7 Trustee, reports the following:

1). Pursuant to Bankruptcy Rule 3010, dividends of under Five dollars ($5.00) shall not be distributed by the Trustee to the creditors, but instead, will be paid to the Clerk of the Bankruptcy court for deposit to the United States Treasury.

2). The names of the persons to whom such funds were due, the amount of their prorated share, and their last known addresses are:

Precast Systems, LLC.    Prorated share - $4.00
5877 Bulitt Road
Greencastle, PA 17225

South Berkeley Wrecker Service    2.59
250 Kelly Island Road
Martinsburg, WV 25401

WV Dept of Tax & Revenue    2.95
Bankruptcy Unit
Post Office Box 766
Charleston, WV 25323-0766

3). Your Trustee's check for the amount of Nine Dollars and Fifty Four Cents ($9.54), payable to the Clerk of the Court, is attached to this report and list.

Dated: April 23, 2010

/s/
Thomas H. Fluharty, Trustee
WV Bar No.: 1231
408 Lee Avenue
Clarksburg, WV 26301
Phone: (304) 624-7832